U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

AUG 1 1 2004

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RFR INDUSTRIES, INC.** | § | |
| | § | |
| Plaintiff | § | |
| vs. | § | **CIVIL ACTION NO. 3-02 CV 1444 K** |
| | § | |
| **REX-HIDE INDUSTRIES, INC.** | § | |
| | § | |
| Defendant | § | |
| and Third-Party Plaintiff | § | |
| vs. | § | |
| | § | |
| **THE CENTURY GROUP, INC., f/k/a** | § | |
| **CENTURY STEPS, INC.,** | § | **JURY DEMAND** |
| **d/b/a CENTURY PRECAST** | § | |
| | § | |
| Third-Party Defendant | § | |

## CENTURY STEPS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Third-Party Defendant The Century Group, Inc. f/k/a Century Steps, Inc. d/b/a Century Precast ("Century") files this Motion for Summary Judgment. The requirements provided in Local Rule 56.3(a) will be set forth in the accompanying Brief in Support of this motion.

Respectfully submitted,

_____
John R. Emerson
State Bar No. 24002053
Travis M. Perry
State Bar No. 24037268
**HAYNES AND BOONE, L.L.P.**
901 Main Street, Suite 3100
Dallas, TX 75202-3789
Telephone:(214) 651-5000
Facsimile: (214) 651-5940

**Attorneys for The Century Group, Inc. f/k/a**
**Century Steps, Inc. d/b/a Century Precast**

## CERTIFICATE OF SERVICE

I certify that on August ⧸⧸ , 2004, a true and correct copy of the foregoing was served under the Federal Rules of Civil Procedure to the following:

Todd Hoeffner, Esq.                     Robert G. Oake, Jr., Esq.
Hoeffner & Bilek, L.L.P.                Law Offices of Robert G. Oake, Jr.
440 Louisiana, Suite 720                101 W. McDermott, Suite 109
Houston, Texas  77002                   Allen, Texas  75013


_____
Travis M. Perry